Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
562-437-4301
fax 562-437-4341

Attorneys for Plaintiff
CMA-CGM (AMERICA) LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CMA-CGM (AMERICA) LLC, | ) | Case No. CV 11-1900 RSWL (VBKx) |
| Plaintiff, | ) | **IN ADMIRALTY** |
| vs. | ) | **JUDGMENT** |
| UNITED DRIVERS CORPORATION, INC. | ) | |
| Defendants. | ) | |

The Request to Reopen Case is granted [10] insofar as to enter Judgment. Pursuant to the Stipulation for Entry of Judgment filed herein:

   IT IS ADJUDGED that CMA-CGM (America) LLC recover from United Drivers Corporation, Inc. the sum of $12,975.42 and post-judgment interest pursuant to 28 U.S.C. § 1961(a). The case is once again administratively closed.

Dated:  January 3, 2012

# RONALD S.W. LEW
_____
Hon. Ronald S.W. Lew
Senior, U.S. District Court Judge

1